IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re County of Monterey Initiative Matter

NO. C 06-01407 JW
C 06-01730 JW

**ORDER CONSOLIDATING CASES**

/

Pending before this Court are two civil actions, C 06-1407 and C 06-1730. These cases involve the same issue of law and fact and requesting conflicting relief. The Court orders the cases consolidated. All future papers shall be filed in C 06-1407, the earlier filed case. The Clerk shall close case No. C 06-1730. In all future filings, the caption shall be read: "In re County of Monterey Initiative Matter."

A hearing for motions on Preliminary Injunction in the consolidated cases is set for March 21, 2006 at 10 a.m. The consolidated actions raise a question of law for decision by the Court sitting without a jury. It appears that a ruling on the motions for a preliminary injunction would resolve the cases on the merits. Therefore, pursuant to Rule 65(a)(2), a trial of the actions on the merits is advanced and consolidated with the hearing of the two motions for a preliminary injunctions.

Dated: March 20, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Joaquin Guadalupe Avila avilaj@seattleu.edu
John Andrew Ramirez jramirez@rutan.com
Mark J. Austin maustin@rutan.com
Stephen N. Roberts sroberts@nossaman.com
Fredric D. Woocher fwoocher@strumwooch.com
Leroy W. Blankenship blankenshipl@co.monterey.ca.us
Michael J. Stumwasser mstrumwasser@strumwooch.com
Stephen N. Roberts sroberts@nossaman.com

**Dated:  March 20, 2006**                                     **Richard W. Wieking, Clerk**

                                                               **By:   /s/ JW Chambers**
                                                                       **Melissa Peralta**
                                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California