UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: COUNTY OF MONTEREY INITIATIVE MATTER, <br><br> -------------------------- <br><br> WILLIAM MELENDEZ; et al., <br><br>   Plaintiffs - Appellants, <br><br> ROSARIO MADRIGAL; et al., <br><br>   Plaintiffs - Appellees, <br><br> v. <br><br> COUNTY OF MONTEREY, a governmental corporation formed under the laws of the State of California; et al., <br><br>   Defendants - Appellees. | No.  06-15531 <br> D.C. No.  CV-06-01407-JW <br><br> **JUDGMENT** |



Appeal from the United States District Court for the Northern District of California (San Jose).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **VACATED AND REMANDED**.

Filed and entered 11/20/06