UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 20 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: COUNTY OF MONTEREY INITIATIVE MATTER. | No. 06-15531 |
| WILLIAM MELENDEZ; et al., Plaintiffs - Appellants, | D.C. Nos. CV-06-1407-JW CV-06-1730-JW Northern District of California, San Jose |
| v. | ORDER |
| ROSARIO MADRIGAL; et al., Plaintiffs - Appellees, COUNTY OF MONTEREY, a governmental corporation formed under the laws of the State of California; et al., Defendants - Appellees. | |

FILED 2006 NOV 22 P 4 00 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA. S.J

Before: LEAVY, GOULD and CLIFTON, Circuit Judges.

The request of plaintiffs-appellees for judicial notice is granted. Appellants' opposed motion for remand to the district court is granted as follows. The district court's March 23, 2006 order and declaratory judgment are vacated. This appeal is remanded to the district court for further consideration in light of this court's *en banc* decision in *Padilla v. Lever*, 463 F.3d 1046 (9th Cir. 2006).

The Clerk shall issue the mandate forthwith.

**VACATED and REMANDED.**



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

NOV 20 2006

by Deputy Clerk

S:\MOATT\Panelord\11.06\cp\06-15531.wpd