IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re: County of Monterey Initiative Matter

and

In re: Monterey Referendum

NO. C 06-01407 JW
NO. C 06-02202 JW

**ORDER CONSOLIDATING CASES; SETTING NEW HEARING DATE**

On December 13, 2006, the Court conducted a case management conference to address Defendant's Motion to Consolidate "In re: County of Monterey Initiative Matter, C-06-1407-JW" and "In re: Monterey Referendum, C-06-2202-JW." Upon consideration of the parties' arguments, and for judicial economy and efficiency, the Court orders the cases consolidated. The consolidation is for the purposes of pretrial motions only, specifically cross-motions for summary judgment in light of the Ninth Circuit's *en blanc* ruling in Padilla v. Lever and on the issue of whether the convening of a three judge court is necessary. The cases shall maintain their separate designated case names.

The hearing date for all motions is specially set for **February 27, 2007 at 9 a.m.** The parties shall meet and confer, and stipulate to a briefing schedule for the motions consistent with the hearing date.

Dated: December 27, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ciaran ;Sullivan cosullivan@nossaman.com
Fredric D. Woocher fwoocher@strumwooch.com
Joaquin Guadalupe Avila avilaj@seattleu.edu
Leroy W. Blankenship blankenshipl@co.monterey.ca.us
Michael J. Strumwasser mstrumwasser@strumwooch.com
Stephen N. Roberts sroberts@nossaman.com

**Dated:  December 27, 2006**                              **Richard W. Wieking, Clerk**

                                                                           **By:   /s/ JW Chambers                    **
                                                                                    **Elizabeth Garcia**
                                                                                    **Courtroom Deputy**