OFFICE OF THE MONTEREY COUNTY COUNSEL
CHARLES J. MCKEE (SBN 152458), COUNTY COUNSEL
LEROY W. BLANKENSHIP (SBN 065233), ASSISTANT COUNTY COUNSEL
EFREN N. IGLESIA (SBN 71309), SENIOR DEPUTY COUNTY COUNSEL
168 W. ALISAL, 3RD FLOOR
SALINAS, CA  93901-2680
Telephone:  (831) 755-5045
Facsimile:  (831) 755-5283

NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
STEPHEN N. ROBERTS (SBN 062538)
50 CALIFORNIA STREET, 34TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-4799
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
Email: montereycase@nossaman.com

NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
JOHN J. FLYNN III (SBN 076419)
18101 VON KARMAN AVENUE
IRVINE, CA  92612-0177
Telephone: (949) 833-7800
Facsimile: (949) 833-7878
Email: montereycase@nossaman.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:  County of Monterey Initiative Matter<br><br>    and<br><br>In re:  Monterey Referendum | NO:  C 06-01407 JW<br>NO:  C 06-02202 JW<br><br>Stipulation and [Proposed] Order Regarding Briefing Schedule on Summary Judgment Motions<br><br>Date:   February 27, 2007<br>Time:  9:00 a.m.<br>Place:  Courtroom 8<br>Judge:  Honorable James Ware |

211524_1.DOC                                      -1-                          Case No. C 06-02202 JW

Stipulation and [Proposed] Order Regarding Briefing Schedule on Summary Judgment Motions

1    WHEREAS, the four cases subject to this stipulation have been consolidated for purposes of a

2  hearing on summary judgment motions scheduled by the Court for February 27, 2007;

3    WHEREAS, the four cases consist of two *Initiative* cases (*Madrigal* and *Melendez*) and two

4  *Referendum* cases (*Rangel* and *Rancho San Juan*);

5    WHEREAS, the Court has ordered that the parties confer for purposes of setting a briefing

6  schedule;

7    WHEREAS, to limit the multiplicity of briefs, the parties have agreed to combine and present

8  joint briefs by three sides if they may have 35 pages in the Opening Brief, and to limit the number of

9  briefs on each of the three sides to two;

10    WHEREAS, subsequent to the Court's order setting the hearing for February 27, the Board of

11  Supervisors of the County of Monterey adopted a resolution to place the subject Initiative measure on

12  the June 5, 2007, ballot;

13    WHEREAS, the plaintiffs in one of the *Initiative* cases, the *Madrigal* case, will be submitting a

14  stipulation and proposed order to the Court dismissing that case;

15    WHEREAS, the parties to the other *Initiative* case, the *Melendez* case, disagree as to the effect of

16  the County's action in placing the Initiative on the ballot for the proper disposition of the *Melendez* case;

17    WHEREAS, the parties to the two *Referendum* cases continue to dispute matters on the merits;

18    WHEREAS, as a result of the foregoing there are now three sides to the cases as follows:

19         1.    Plaintiffs in the original *Rangel* case;

20         2.    Plaintiffs in the original *Melendez* and *Rancho San Juan* cases;

21         3.    Monterey County Defendants in all cases;

22    WHEREAS, further the parties have agreed that simultaneous opening and responsive briefs

23  would be sufficient without the need for replies.

24    WHEREAS, the parties are cognizant of the short time left after the foregoing events, but wish to

25  move forward on a shortened briefing schedule that would nevertheless give the Court the full two

26  weeks contemplated in the rules after briefing;

27    NOW THEREFORE the parties stipulate and respectfully request that the Court order:

28

---

211524_1.DOC                                -2-                         Case No. C 06-02202 JW

Stipulation and [Proposed] Order Regarding Briefing Schedule on Summary Judgment Motions

1    The Opening Brief for each set of parties setting forth their position in the *Initiative* cases and

2  moving for cross-summary judgment motions in the *Referendum* cases will be due on February 7, 2007.

3    Simultaneous Opposition/Closing Briefs will be due on February 13, 2007.

4    The Opening Brief may be 35 pages rather than 25, but the Opposition/Closing Briefs will

5  comply with the page limits in the rules for Opposition briefs.

6

7  Dated: February 5, 2007              NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

8                                         / S /
                                   By: _____
9                                       STEPHEN N. ROBERTS

10                                     Attorneys for Defendants
                                       COUNTY OF MONTEREY, THE BOARD OF
11                                     SUPERVISORS OF THE COUNTY OF MONTEREY, AND
                                       ANTHONY ANCHUNDO
12
     Dated: February 2, 2007            JOAQUIN G. AVILA
13
                                          / S /
14                                 By: _____
                                        JOAQUIN G. AVILA
15
                                       Attorneys for Plaintiffs
16                                     SABAS RANGEL AND MARIA BUELL

17

18
     Dated: February 2, 2007            STRUMWASSER & WOOCHER
19                                        / S /
                                   By: _____
20                                      FREDRIC D. WOOCHER

21                                     Attorneys for Plaintiffs
                                       RANCHO SAN JUAN OPPOSITION COALITION,
22                                     CITIZENS FOR RESPONSIBLE GROWTH, JULIE
                                       ENGELL, WILLIAM MELENDEZ, KEN GRAY, JYL
23                                     LUTES, CAROLYN ANDERSON, AND LANDWATCH
                                       MONTEREY COUNTY
24

25

26

27  **ATTESTATION**  I, Stephen N. Roberts, am the ECF User whose identification and password are being

28  211524_1.DOC                       -3-                        Case No. C 06-02202 JW

Stipulation and [Proposed] Order Regarding Briefing Schedule on Summary Judgment Motions

used to file this document.  In compliance with General Order 45.X.B, I hereby attest that Joaquin G. Avila and Fredric Woocher have concurred in this filing.

/S/
Stephen N. Roberts

Stipulation and [Proposed] Order Regarding Briefing Schedule on Summary Judgment Motions

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1.      The Opening Brief is due on February 7, 2007;

2.      Opposition and Closing Briefs will be due on February 13, 2007; and

3.      The Opening Brief may be 35 pages rather than 25.

Dated:    2/6/2007

HON. JAMES WARE
U.S. District Court Judge

211524_1.DOC                -5-               Case No. C 06-02202 JW

Stipulation and [Proposed] Order Regarding Briefing Schedule on Summary Judgment Motions