Joaquin G. Avila (State Bar No. 56484)
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: 206-398-4117
Facsimile: 206-398-4036

RUTAN & TUCKER, LLP
John A. Ramirez, jramirez@rutan.com (State Bar No. 184151)
Mark J. Austin, maustin@rutan.com (State Bar No. 208880)
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiffs
ROSARIO MADRIGAL, SABAS RANGEL, and MARIA BUELL

**GRANTED**
*Judge James Ware*
on 2/6/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE COURTHOUSE

| | |
|---|---|
| ROSARIO MADRIGAL; SABAS RANGEL; and MARIA BUELL,<br><br>Plaintiffs,<br><br>vs.<br><br>THE COUNTY OF MONTEREY, a governmental corporation formed under the laws of the State of California; THE BOARD OF SUPERVISORS OF THE COUNTY OF MONTEREY; and TONY ANCHUNDO, in his official capacity as the Registrar of Voters for the County of Monterey,<br><br>Defendants. | **Case No. C06-01407 RS**<br><br>**Consolidated with:**<br>**Case No. C 06-1730 JW**<br><br>Assigned for all purposes to:<br>Hon. James Ware<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL**<br><br>**[FRCP 41(a)(1)(ii)]**<br><br>Date Action Filed: February 24, 2006<br>Trial Date: None Set |
| WILLIAM MELENDEZ; *et al.*,<br><br>Plaintiffs/Petitioners,<br><br>vs.<br><br>BOARD OF SUPERVISORS OF THE COUNTY OF MONTEREY; *et al.*,<br><br>Defendants/Respondents. | |

Rutan & Tucker LLP
*attorneys at law*

972/024930-0001
779811.01 a02/05/07

It is hereby stipulated, by and between the parties to this action, through their designated counsel, that the above-captioned action, **Case No. C06-01407 RS** (but not Case No. C 06-1730 JW), shall be, and hereby is, dismissed without prejudice pursuant to FRCP 41(a)(1)(ii).

Dated: _____

RUTAN & TUCKER, LLP
JOHN A. RAMIREZ
MARK J. AUSTIN

By: _____/s/_____

Mark J. Austin
Attorneys for Plaintiffs
ROSARIO MADRIGAL, SABAS RANGEL, and MARIA BUELL

Dated: _____

STRUMWASSER & WOOCHER LLP
FREDRIC D. WOOCHER
MICHAEL J. STRUMWASSER

By: _____

Fredric D. Woocher
Attorneys for Plaintiffs/Petitioners
WILLIAM MELENDEZ, KEN GRAY, JYL LUTES, CAROLYN ANDERSON, and LANDWATCH MONTEREY COUNTY

Dated: _____

NOSSAMAN, GUTHNER, KNOX & ELLIOT, LLP
STEPHEN N. ROBERTS

By: _____

Stephen N. Roberts
Attorneys for Defendants/Respondents
COUNTY OF MONTEREY, BOARD OF SUPERVISORS OF THE COUNTY OF MONTEREY, and TONY ANCHUNDO, in his capacity as MONTEREY COUNTY REGISTRAR OF VOTERS