**DENIED**
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: County of Monterey Initiative Matter<br><br>and<br><br>In re: Monterey Referendum | NO: C 06-01407 JW<br>NO: C 06-02202 JW<br>NO: C 06-02369 JW<br><br>**ORDER DENYING MOTION AS MOOT**<br><br><br>Date: May 21, 2007<br>Time: 9 a.m.<br>Place: Courtroom 8<br>Judge: Honorable James Ware |

213298_1.DOC

[PROPOSED] ORDER

1
2
3
4
5
6
7
8
9

**\*\*\* ORDER \*\*\***

10

11   This Motion is DENIED as moot as the parties have settled their fees dispute

12   and the case is now closed.

13       IT IS SO ORDERED.

14   DATED: ___March 18, 2008___

15

16                                                    _____
                                                     HONORABLE JAMES WARE
                                                     Judge of the District Court
17
18
19
20
21
22
23
24
25
26
27
28

213298_1.DOC

[PROPOSED] ORDER